# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David F. Lightner,

    Petitioner,

vs.

State of North Carolina,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:08-cv-9-2

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/14/2008 Order.

Signed: February 15, 2008

Frank G. Johns, Clerk
United States District Court